# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number 3:13-PO-88 |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| BRUCE CARLTON, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

This case was before the Honorable Sharon L. Ovington for a criminal docket on May 15, 2013. The defendant agreed to pay a $35.00 collateral on Count 1 and a $65 collateral on Count 2. The case is hereby dismissed.

May 20, 2013                                              s/Sharon L. Ovington
                                                                    Sharon L. Ovington
                                                                    Chief United States Magistrate Judge